IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUVEN SHAFIR | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| ALLA PASTERNACK | : | |
| | | No. 17-3097 |
| | : | |

NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on March 7, 2018. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE *JAMES A. BYRNE U.S. COURTHOUSE*, 601 MARKET STREET, PHILADELPHIA, PA 19106.   PLEASE REPORT TO *ROOM 2609* FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Kate Barkman
Clerk of Court


By: s/ Joseph B. Walton
Joseph B. Walton
Deputy Clerk
Phone: 267-299-7073

Date:      October 11, 2017

Copies:    Courtroom Deputy to Judge Mitchell S. Goldberg
           Docket Clerk - Case File