N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUVEN SHAFIR,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 17-3097 |
| **ALLA PASTERNACK, EXECUTRIX** | : | |
| **OF THE ESTATE OF LEON** | : | |
| **FRENKEL, DECEASED,** | : | |
| Defendant. | : | |
| _____ | : | |

## **NOTICE**

**AND NOW,** this 16th day of October, 2017, the Rule 16 Conference scheduled for 3:00 p.m. on Tuesday, November 7, 2017, is **CANCELLED**.

/s/ Carole J. Ludwig

_____
**Carole J. Ludwig, Civil Deputy to the
Honorable Mitchell S. Goldberg**